UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

COURT CASE NO. 1:25-CV-10403-NMG

FILED
IN CLERK'S OFFICE
2025 JUN -2 AM 12:40
DISTRICT OF MASS.

---

**ERIC J. PORTER** on behalf of self and all others similarly situated

Plaintiff,

v.

**MAYOR MICHELLE WU,** in her official and individual capacity, **DR. BISOLA OJIKUTU,** in her official and individual capacity as Director of the Boston Public Health Commission, **KATHLEEN JOYCE,** in her official and individual capacity as Commissioner of the Boston Licensing Board,

Defendants.

---

## NOTICE OF UNAVAILABILITY

NOW COMES Plaintiff, Eric J. Porter, and respectfully notifies the Court and all interested parties that **he/she will be unavailable from June 18, 2025, through and including July 11, 2025,** due to personal matters.

I respectfully request that no hearings, depositions, or other court-related activities be scheduled during this time. If there are any pending matters requiring my attention, please contact me prior to June 18, 2025, to make appropriate arrangements. I will ensure that any necessary responses or obligations are addressed before my departure or upon my return, as required.

For urgent matters during my absence, I can be reached via email: AllstonEP@yahoo.com

Thank you for your understanding and cooperation. Please do not hesitate to contact me if you require further information or clarification.

Respectfully Submitted,

Eric Porter (pro per)
80 Linden St #1
Allston, MA 02134

Dated: May 29th, 2025

## CERTIFICATE OF SERVICE

I, Eric Porter, do hereby certify under the pains and penalties of perjury that I will serve a copy of the foregoing document via email or usps to the defendant's counsel or their offices directly.

| | | |
|---|---|---|
| Michelle Wu<br>Mayor of Boston<br>1 City Hall Sq suite 500<br>Boston, MA | Dr. Bisola Ojikutu<br>Commissioner of Pub. Health<br>1010 Mass. Ave 6th Fl<br>Boston, MA 02118 | Kathleen Joyce<br>Comm B Lisc. Board<br>1 City Hall Sq<br>Boston, MA |

_____
Eric Porter (pro se)
80 Linden St #1
Allston, MA 02134

Dated: May 29th, 2025