# EXHIBIT 7

# EXECUTIVE ORDER
## Mayor Michelle Wu

1. Relative to Affirmatively Furthering Fair Housing and the Implementation of the City of Boston's Assessment of Fair Housing.
2. Relative to changing the name of the Department of Neighborhood Development to The Mayor's Office of Housing.
3. Establishing Additional Policy Guidance for Inclusion of Day Care Facilities (IDF) Zoning Provision.
4. Order Relative to speeding the production at Affordable Housing.
5. Order Establishing the Boston Planning Advisory Council.
6. Order Relative to Resiliency, Affordability and Equity in Planning and Development in the City of Boston.
7. Boston Police Operation Division Positions
8. Order Eliminating the Use of Fossil Fuels in New Construction and Major Renovations of City Buildings
9. An Order Relative to Provisions of Mitigation by Development Projects in the City of Boston
10. An Order Establishing the Boston Climate Council
11. An Order for a Compact to Build Economic Growth between the City of Boston Department of Supplier Diversity and the City of Cambridge Community Development Department